JAMES G. LO DOLCE, Respondent, *v.* MICHAEL FRANZ et al., Appellants, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant and Respondent.

(Submitted December 11, 1933; decided December 15, 1933.)

*Eugene L. Bondy* and *Maury M. Kotz* for motions.
*Frederick W. Sparks* opposed.

Motions denied, with ten dollars costs and necessary printing disbursements, on the ground that leave to appeal is unnecessary.